United States District Court
Eastern District of Texas
Tyler Division

AL-NABA          X
                 X   Civil Action No. 6:04cv127
v.               X
                 X
CRAIN, ET AL     X
                 X

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 22 2004
DAVID J. MALAND, CLERK
BY DEPUTY_____

## Request For Joiner, Consolidation, Intervention, and Class-Certification

Come Now, AL-NABA, and UNDERSIGNED MUSLIMS, in Pro Se Capacity, by and through a Jailhouse Lawyer, and moves this Court for joiner, consolidation, intervention, and Class-Certification of the above cause with cause #6:04-cv-81, Gibb v. Crain, et al., and Kinte v. Stringfellow, et al., #9:03-cv-25, in the Lufkin Division. In support thereof they offer the following under penalty of perjury pursuant to 28 U.S.C. 1746:

1. Plaintiffs/Intervenors assert that the same set of facts, defendants, and claims (i.e. Equal Protection; claim pursuant to Tex. Civ. Prac. & Rem. Code, 110.003; Tex. Govt. Code, 493.024 & 76.018, and (RLUIPA) 42 U.S.C. 2000) are the basis of each lawsuit; and cause #6:04-cv-81 is being presided by the same Judges. Thus, the questions of law are common, joiner is superior to individual claims, and joiner will be the most efficient use of judicial resources to resolve these matters.

2. The Undersigned are Muslim Prisoners incarcerated in TDCJ-ID, located at the Coffield Unit, Rt. 1, Box 150, Tenn. Colony, TX 75884;

3. The Undersigned are being forced to be clean-shaven by threat of disciplinary action as stipulated under AD.3.83;

4. Wearing the Beard is an important part of the Islamic Faith; and ¼ inch Beards are allowed for Medical Reasons, and should be allowed for Religious;

5. The Undersigned have an interest in the outcome of these causes; and

6. Plaintiffs/Intervenors assert that there are Thousands (1000) of Muslims in TDCJ, and therefore are so numerous as to make it impractical to bring them all before the Court. There are question of law and fact (i.e. Does the denial of a ¼ inch beard for religious reasons, while allowing a ¼ to ¾ inch beard for medical reasons violate the Equal Protection Clause.) (i.e. Is the clean-shaven policy the least restrictive means of furthering the States compelling interest in security as demanded by Tex. Civ. Prac. & Rem. Code, 110.003), which are common to the entire class of persons represented herein, and the Plaintiffs' claims as set forth are typical of the claims of all the members of the class; Plaintiffs are qualified to, and will fairly, adequately, and justly protect the interest of each and all of the members of the class, by requesting pursuant to "THE ACT," that the United States Intervene as a party with the full rights of a plaintiff.

## CONCLUSION

Each of the causes cited herein should be joined and/or consolidated as they are basically the same lawsuit. The Undersigned believe their interest can only be adequately protected by certifying this as a class-action and Appointing Counsel.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Intervenors request this Court to GRANT this motion in all respects.

Respectfully Requested,

1. __Fredrick D. Gooden__ AKA __Fattash Mu'min-al Naba__
FREDRICK GOODEN #1013573
a.k.a. MU'MIN AL-NABA
Coffield Unit - Rt.1, Box 150
Tenn. Colony, TX 75884

2. __Garrett Gibb__ #1104016
GARRETT GIBB #1104016
Coffield Unit - Rt.1, Box 150
Tenn. Colony, TX 75884

# CERTIFICATE OF SERVICE

We, The Undersigned, do hereby certify and declare that on this date July 16, 2004, pursuant to CALDWELL v. AMEND, 30 F.3d 1199, 28 U.S.C. 1746, and under the penalty of perjury, that we have served the Defendants and Plaintiffs with the foregoing Request For Joiner, Consolidation Intervention, and Class-Certification, by placing the Original in a sealed enveloped, addressed to David J. Maland, Clerk - U.S. District Court - 211 W. Ferguson St. - Tyler, TX 75902, and by placing a copy of same in an envelop, addressed to the Texas Attorney General, postage on each pre-paid via Indigent-Mail, and placing in a U.S. Mail Depository.

1. Fredrick D Gordon Fattagh Minin al Naba
2. KENDRICK THOMAS 632819
3. Norris Hicks #505593
4. ___ - DONTE CASEY #1070042
5. Abdul Malik Komunyaka Hani-I-Bey / Dewel Harrell Bey 685322
6. Donal C Wilkins 132837
7. Joseph Bean 1141587
8. Abdul Cleodites Mateen Shahid #563081
9. ___ Coaxum #275933
10. Robert L. Russell #1112220
11. Billy Ray Bailey 582460
12. Ahmad Buduz #1226204
13. Darryl Lee #831039
14. Tyrone Whitehead # 659063
15. Anthony Pierson #640516
16. Alexander Thurman #583587
17. Jarrett Hill #1104016
18. David Reed B 560978
19. JAMES CLARK # 707355
20. Cedric Carter #846869
21. CYRUS KING # 521582
22. ___
23. Paul Richardson #665450
24.
25. Terry L. Bell #1090532
26.
27. Robert Lee Smith Jr. 1169188
28.
29. Marc Jinnings #1156930
30.
31. Patrick Jackson 594154
32.

COFFIELD UNIT - Rt. 1, Box 150 - TENN. COLONY, TX 75884

3. Norris Hicks #505593
5. Bernd C McKay 732837
7. Joseph Bean 1141587
9. KENDRICK THOMAS 632819
11. Billy Ray Bailey 502460
13. AHMAD QUDZ #1226204
15. Anthony Pierson #640516
17. JAMES CLARK #707355
19.
21. CYRUS KING #521582
23. Paul Richardson #665450
25. Terry L. Bell #1090532
27. Marc Jennings #1156930
29. Robert Lee Smith 1169188
31. Patrick Cashen #59454
33.
35.
37.
39.
41.
43.
45.

4. Abdul Malik Komunyaka Hanif-Bey
   Demell Hansell-Bey #685322
6. Donté Casey #1070642
   Cleo Jones
8. Abdul Mateen Shahid #563081
10. Robert Russell #1112220
12. Tyrone Whitehead #659063
14. Alexander Sherman #583587
16.
18. David Reed 560998
20. Cedric Carter #846869
22. Rynny Knight
24.
26.
28.
30.
32.
34.
36.
38.
40.
42.
44.
46.

COFFIELD UNIT - Rt. 1, Box 150 - TENN. Colony, TX 75884